UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BABCOCK & WILCOX NUCLEAR POWER GENERATION GROUP, INC., n/k/a BABCOCK & WILCOX NUCLEAR ENERGY, INC., a Delaware corporation,<br><br>　　　　　Plaintiff,<br><br>　　　　v.<br><br>ENERGY NORTHWEST, a Washington Municipal corporation and JOINT OPERATING AGENCY,<br><br>　　　　　Defendant. | No. CV-11-5149-EFS<br><br>**ORDER CLOSING FILE** |

On October 15, 2012, the parties filed a stipulated dismissal. ECF No. 12. Consistent with the parties' agreement and Federal Rule of Civil Procedure 41(a)(2), **IT IS HEREBY ORDERED:**

　　1.　All claims are **DISMISSED with prejudice,** and all parties are to bear their own costs and attorneys fees.

　　2.　All pending motions are **DENIED as MOOT,** and hearing dates are **STRICKEN.**

　　3.　This file shall be **CLOSED.**

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and furnish copies to counsel.

　　**DATED** this ___18th___ day of October 2012.

　　　　　　　　　　　　　　　　　　s/Edward F. Shea
　　　　　　　　　　　　　　　　　　EDWARD F. SHEA
　　　　　　　　　　　　Senior United States District Judge.

Q:\EFS\Civil\2011\5149.settle.close.file.lc1.frm

ORDER CLOSING FILE - 1